# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:09CR00086-005 SWW

GERONIMO BALLERSTEROS QUINTERO

### ORDER

Pending before the Court is government's motion to correct superseding indictment and for dismissal of the indictment against defendant, Geronimo Ballersteros Quintero, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motions [doc #129, #130] to amend and dismiss defendant be **granted**.  The Clerk is directed to amend the name of the defendant to read "**Evaristo Lopez Cardenas aka Geronimo Ballesteros Quintero**" and following this correction, the superseding indictment as to defendant Evaristo Lopez Cardenas aka Geronimo Ballesteros Quintero be **dismissed without prejudice**.

DATED this 2nd day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE